# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JAN 15 2025 PM 1:44
FILED - USDC - NDTX - AM

**Katheer H. Abujuma**
Plaintiff

v.

**American International Group AIG**
Defendant

Civil Action No. 2-25CV-014-Z

## COMPLAINT

Please, refer to attachment

\* Attach additional pages as needed.

Date: January 15th, 2024
Signature: [signed]
Print Name: Katheer H. Abujuma
Address: 8002 Oxford Drive
City, State, Zip: Amarillo, TX, 79119
Telephone: (806)-673-5547

I, Katheer Abujuma, am hereby suing American International Groups (AIG) - AIG Claims Inc. Property/Casualty Division PO Box 25588 Shawnee Mission, Kansas 66225, for property loss and pain and sufferance.

On Tuesday morning of August 27, 2024 I was driving my 2019 Honda Civic when I was hit by a semi truck that was insured by American International Groups (AIG) and violating traffic laws.

The Honda Civic was insured by Progressive under policy number 981252806 as liability coverage and not full coverage.

I reported the claim to my insurance on the same day of the accident and based on my reporting Devyn Woodruff was assigned to me as my adjuster. And I also reached out to AIG on August 28th 2024 to open a claim.

Later on 9/11/2024, 15 days after the accident, an AIG Adjuster by the name of Marquita Brooks reached out to me for the first time regarding the accident and provided me with the following claim number: 8362449237US

Following our first moment of initial contact over email, I made several attempts to reach back out to Marquita regarding the status of the claim multiple times and she never responded back to me. So I decided to send an email to her direct supervisor Randall Koca to complain about ignoring my case.

In the first week of October the Adjuster Marquita Brooks called me to inform me that because I reached out to her direct supervisor she is going to reverse the decision on the case and deny liability and dismiss the case as such.

On October 10th 2024 my mother, Kholoud Aldaqs, who is the co-signer on the Honda Civic, called the adjuster, Marquita Brooks, to check on the status of the claim.

Marquita Brooks then told my mother the following: "After reviewing the dash cam footage I found that we are liable for the loss of your car but because your son complained to my manager I decided to deny it."

My mother and I decided to call AIG corporate at 800-225-5244 to report this misconduct.

On November 1st, I received an email from the adjuster Marquita Brooks stating that AIG is accepting responsibility for the damage of my vehicle.

I then continued to attempt to contact Marquita multiple times to check on the status of my claim but again, she never responded back to me.

So on 11/13/2024 me and my mother called the AIG Corporate at 800-225-5244 and complained again about the adjuster Marquita Brooks and requested a rental to be issued.

On 11/14/2024 an associate from the AIG corporate office reached out to me and assigned me a rental vehicle that I picked up on the same day.

The adjuster Marquita Brooks reached out to me and informed me that the rental will be canceled on 12/21/2024. I did return the car to the rental company as instructed by the adjuster Marquita Brooks.

I requested an extension for the rental from the adjuster and from her direct manager but nobody responded to my request.

Because of this accident I was left from 08/27/2024 to 11/14/2024 without a vehicle, and from 12/21/2024 till this day, I am still without a vehicle, which has created extreme sufferance and pain to me as:

- A full time WTAMU College Student
- Part time Walmart Associate who lost his job on 11/29/2024 due to accumulated occurrences caused by the lack of reliable transportation.
- The Honda Civic played a major role in fulfilling my duties as a food delivery driver for Uber eats to cover my own expenses that I refused to throw on the shoulder of my widowed mother who works full time to provide food and shelter for three college students.
- Over the course of the past 5 months, I have spent all the money in my checking, savings and emergency funds accounts to make ends meet between ubers, taxis, friends, colleagues and even coworkers.
- I must also mention that once every month, I have to wake up my mother at 4 A.M. and take 1 out of her 4 weekends a month just so she can drive me to my unit, because I am a drilling reservist with the U.S. Army and am required by law to attend. My mother never ever complained but my stomach would drop everytime I would wake her up and I cannot describe the amount of pain I felt to wake her up so early just to drive me 30 minutes to my unit and then for her to drive another 30 minutes back. Just to make the same trip twice in one day, sometimes as late at 7 or 8 o'clock at night.

I borrowed $5,000 to make a downpayment on this Honda Civic which I purchased on 07/04/2024 and I also had to borrow money to make a monthly car payment of $336.39 each month so as to avoid damaging my mothers credit score because she is a co-signer on the loan.

I am a college student that cannot afford to hire a lawyer and I choose to come directly to your court seeking help and justice and I am full with confidence that our great American system will not fail me.

JS 44 (Rev. 04/21) (TXND 4/21)                      CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **Randall County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*       Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☒ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☒ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **39,000.00**
**Thirty-Nine Thousand**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE **January 15, 2024**
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____