IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KATHEER H. ABUJUMA,

    Plaintiff,

v.                                                                            2:25-CV-014-Z

AMERICAN INTERNATIONAL GROUP
AIG,

    Defendant.

## JUDGMENT

The Court **DISMISSED** this case without prejudice. Judgment is rendered accordingly.

**SO ORDERED.**

January 6, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE